IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., <br> 3005 Rocky Mountain Avenue <br> Loveland, Colorado 80538 | * <br><br> * | |
| Plaintiff, | * | |
| v. | * | Case No.: |
| JAMES T. HARP, JR. <br> 12613 Cohill Road <br> Clear Spring, MD 21722 | * <br><br> * | |
| SERVE ON: <br> JAMES TYLER HARP <br> 13536 The Height, <br> Hagerstown, MD 21742 | * <br><br> * <br><br> * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **COMPLAINT**

Plaintiff, Nutrien Ag Solutions, Inc., ("Nutrien"), by its undersigned counsel, hereby sues James T. Harp, Jr. for breach of contract, account stated, and quantum meruit/unjust enrichment.

## **PARTIES**

1. Plaintiff Nutrien Ag Solutions, Inc., is a corporation incorporated in the State of Delaware with its principal place of business at 3005 Rocky Mountain Avenue, Loveland, Colorado 80538. It provides farmers throughout the United States with crop inputs and services.

2. Defendant James T. Harp, Jr. is an individual who resides and is domiciled in the State of Maryland. James T. Harp, Jr. was a guarantor to an agreement between Nutrien and Para-Ag, LLC ("Para-Ag"). James T. Harp, Jr. is a member of Para-Ag and was actively and personally involved in Para-Ag's acquisition of crop inputs and services from Nutrien, including Para-Ag's acceptance of credit obligations to Nutrien. Para-Ag is a limited liability company formed in the

State of Maryland with its principal place of business at 12613 Cohill Road, Clear Spring, Maryland, 21722. Upon information and belief, from April 2022 until 2023, it was engaged in the business of farming. In 2024, Para-Ag stopped engaging in the business of farming, and instead, has subleased the property it used for such purposes.

## VENUE AND JURISDICTION

3. This Court has jurisdiction under 28 U.S.C. § 1332 because Plaintiff is not a citizen of the same state as Defendant and the amount in controversy exceeds $75,000.

4. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## CONDITIONS PRECEDENT

5. All conditions precedent to bringing this action have been performed, excused, and/or waived.

## FACTS

6. Nutrien provided a Credit Application and Credit Agreement ("Credit Application") to Para-Ag for its review, completion, and signature. **Exhibit 1**.

7. On or about April 1, 2022, Para-Ag filled out, executed, and delivered to Nutrien a completed Credit Application, agreeing to the terms and conditions set forth in the Credit Application. The portions of the Credit Application which Para-Ag completed and executed are attached as **Exhibit 2**.

8. Based on Para-Ag's agreement to the terms of the Credit Application, Nutrien extended credit to Para-Ag on account and assigned the account the following number: Account Number XXXX457 (the "Account"). The Account was used for Para-Ag's farming operations in the State of Maryland.

9. As set forth in the Credit Application, Nutrien issued invoices and statements ("Statements") to Para-Ag that set forth the purchases made by Para-Ag on the Account, as well as the balance of the Account. **Exhibit 3.** As a member of Para-Ag, James T. Harp, Jr. was actively and personally involved in the purchases made by Para-Ag on the Account and receipt of the Statements from Nutrien.

10. The Statements together with the Credit Application (together, the "Agreement") constitute the agreement between Nutrien and Para-Ag. *See* **Exhibit 3** at p. 5.

11. James T. Harp, Jr. guaranteed the full and timely payment of, and assumed personal liability for the payment and performance of, all credit obligations due and owing by Para-Ag to Nutrien pursuant to the Agreement. **Exhibit 2** at p. 4. James T. Harp, Jr. further agreed to pay Nutrien's reasonable collection expenses and reasonable attorneys' fees. *Id.*

## **COUNT I - BREACH OF CONTRACT**

12. Nutrien repleads Paragraphs 1 through 11.

13. Pursuant to the Agreement, Para-Ag made purchases using the Account. Para-Ag made its purchases on the Account in the State of Maryland. Nutrien delivered the goods and services purchased on the Account to Para-Ag as required under the terms of the Agreement, and Nutrien met all of its obligations under the Agreement. Upon information and belief, Para-Ag and James T. Harp, Jr. used the purchases on the Account for commercial farming operations in the State of Maryland.

14. Para-Ag and James T. Harp, Jr. used, benefited from, or authorized the use of the Account and the goods and services received from Nutrien on the Account.

15. The Agreement provides that "Any invoice not paid in full by the 25th of the month will be assessed a finance charge of 2% per month (24% APR)." **Exhibit 3** at p. 5.

3

16. The Agreement provides for the payment of reasonable attorneys' fees and costs of collection incurred in connection with the Account. *Id.*

17. James T. Harp, Jr. guaranteed the full and timely payment of, and assumed personal liability for the payment and performance of, all credit obligations due and owing by Para-Ag to Nutrien pursuant to the Agreement.

18. Despite demand being made upon Para-Ag and James T. Harp, Jr. for payment, Para-Ag and James T. Harp, Jr. have failed and/or refused to pay the amounts owed on the Account. This failure and/or refusal to pay is a material breach of the Agreement.

19. After adjusting for any credits or expenses, as of November 30, 2023, there remained a balance due on the Account of $152,940.15, of which $136,230.03 is principal. Accordingly, Nutrien has incurred a loss as of November 30, 2023 of not less than $152,940.15, plus interest, cost and expenses, and attorneys' fees as a result of the breach of the Agreement by Para-Ag and James T. Harp, Jr.

WHEREFORE, the Plaintiff, Nutrien Ag Solutions, Inc., requests entry of a judgment in its favor against James T. Harp, Jr. in the amount of not less than $152,940.15, plus interest on the principal balance of $136,230.03 at the rate of 24% per annum from November 30, 2023 until the balance is paid in full, plus attorneys' fees, costs, and such other and further relief as the Court deems just and proper.

## COUNT II - ACCOUNT STATED

20. Nutrien repleads Paragraphs 1 through 19.

21. Para-Ag and James T. Harp, Jr. used or authorized the use of the Account for the purchases of goods and/or services from Nutrien.

22. By using or authorizing the use of the Account, Para-Ag and James T. Harp, Jr. accepted the terms and conditions contained therein and thus expressly and/or impliedly promised to pay the balance due on the Account.

23. James T. Harp, Jr., acting on behalf of and as the representative and/or servant of Para-Ag, expressly and impliedly promised Para-Ag would pay the balance on the Account in communications with representatives of Nutrien.

24. James T. Harp, Jr. guaranteed the full and timely payment of, and assumed personal liability for the payment and performance of, all credit obligations due and owing by Para-Ag to Nutrien on the Account.

25. Nutrien provided, and upon information and belief, Para-Ag and James T. Harp, Jr. received, Statements which stated the amounts charged to the Account and owed by Para-Ag. These Statements also reflected any previous balance owed.

26. The Statements reasonably notified Para-Ag and James T. Harp, Jr. that Nutrien is legally entitled to be paid on the Account.

27. Para-Ag and James T. Harp, Jr. failed to timely object to, dispute, or state their intent not to pay the balance of the Account as set forth in the Statements.

28. Para-Ag and James T. Harp, Jr. have failed to pay the balance owed on the Account.

WHEREFORE, the Plaintiff, Nutrien Ag Solutions, Inc., requests entry of a judgment in its favor against James T. Harp, Jr. in the amount of not less than $152,940.15, plus interest on the principal balance of $136,230.03 at the rate of 24% per annum from November 30, 2023 until the balance is paid in full, plus attorneys' fees, costs, and such other and further relief as the Court deems just and proper.

## **COUNT III - QUANTUM MERUIT/UNJUST ENRICHMENT**

29. Nutrien repleads Paragraphs 1 through 29.

30. To the extent the Court determines there is not an express contract between Nutrien and Para-Ag and/or and James T. Harp, Jr. Nutrien provided goods and services through the Account with the intention of being paid on the Account by Para-Ag and James T. Harp, Jr.

31. James T. Harp, Jr., acting on behalf of and as the representative and/or servant of Para-Ag, expressly and impliedly acknowledged that Nutrien expected to be paid for the goods and services Para-Ag purchased from Nutrien using the Account. James T. Harp, Jr. has not disputed that Nutrien is legally entitled to be paid on the Account.

32. Para-Ag and James T. Harp, Jr. accepted and benefited from the use of the goods and services purchased from Nutrien using the Account.

33. Para-Ag and James T. Harp, Jr. knew of the benefit of the goods and services purchased using the Account and delivered to Para-Ag by Nutrien.

34. The Credit Application and Statements reasonably notified Para-Ag and James T. Harp, Jr. that Nutrien is legally entitled to be paid on the Account and expected to be paid on the Account.

35. Para-Ag and James T. Harp, Jr. knew that Nutrien expected to be paid for the goods and services Para-Ag purchased from Nutrien using the Account.

36. Because Para-Ag and James T. Harp, Jr. accepted and received the benefit of the goods and services provided to Para-Ag and James T. Harp, Jr. by Nutrien, and knew that Nutrien expected to be paid for those goods and services purchased on the Account, it is inequitable for Para-Ag and James T. Harp, Jr. to retain the benefit of same without compensating Nutrien for their value.

4923-9283-3084, v. 2

WHEREFORE, the Plaintiff, Nutrien Ag Solutions, Inc., requests entry of a judgment in its favor against James T. Harp, Jr. in the amount of not less than $152,940.15, plus interest on the principal balance of $136,230.03 at the rate of 24% per annum from November 30, 2023 until the balance is paid in full, plus attorneys' fees, costs, and such other and further relief as the Court deems just and proper.

WHEREFORE, the Plaintiff, Nutrien Ag Solutions, Inc., requests entry of a judgment in its favor against Para-Ag, Inc. for possession of Para-Ag, LLC's Collateral, attorneys' fees, costs, and such other and further relief as the Court deems just and proper. \

Dated: May 8, 2025

    */s/ Bradley M. Strickland*
Bradley M. Strickland, Bar No. 21055
KRAMON & GRAHAM, P.A.
750 East Pratt St., Ste 1100
Baltimore, Maryland  21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
Email: bstrickland@kg-law.com

*Attorneys for Nutrien Ag Solutions, Inc.*